[No. 15380-7-II.    Division Two.    March 29, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LEE YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-01602-1, Waldo F. Stone, J., entered October 9, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 12313-8-III.    Division Three.    March 29, 1994.]

EBERHART ASSOCIATES, INC., *Respondent*, v. CALVIN COX, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 91-2-00124-6, Michael E. Cooper, J., entered February 25, 1992. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 12703-6-III.    Division Three.    March 29, 1994.]

*In the Matter of the Marriage of* VIRGINIA LEE COYLE, *Respondent, and* DARYL V. COYLE, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 59854, Donald W. Schacht, J., entered August 12, 1992. *Remanded* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.